NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUGAL TANEJA,                           )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D18-610
                                        )
CHANDRESH SARAIYA; DOWNTOWN             )
ST. PETE PROPERTIES, LLC; FIRST         )
STREET AND FIFTH AVENUE, LLC;           )
PATRICK T. LENNON; and                  )
MACFARLANE FERGUSON &                   )
MCMULLEN, P.A.,                         )
                                        )
            Appellees.                  )
                                        )
                                        )
_____ )

Opinion filed September 4, 2019.

Appeal from the Circuit Court for
Hillsborough County; Paul Huey, Judge.

William J. Cook and Chris A. Barker of
Barker I Cook, Tampa, for Appellant.

Nancy S. Paikoff and Stephen O. Cole of
Macfarlane Ferguson & McMullen,
Clearwater, for Appellees Patrick T.
Lennon and Macfarlane Ferguson &
McMullen.

No appearance for remaining
Appellees.

PER CURIAM.

Affirmed.

LaROSE, MORRIS, and ATKINSON, JJ., Concur.